# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00950-CV

**In re Estephania Norma LeBaron**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Filed: December 16, 2025